**George Christopher WASHINGTON, Plaintiff–Appellant,**

v.

**SYKES; S. Messer, Officer; Powers, Officer; Vickie Mullins; Delleray Power, Defendants–Appellees.**

No. 13–7321.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 23, 2014.

George Christopher Washington, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia; Carlene Booth Johnson, Perry Law Firm, PC, Dillwyn, Virginia, for Appellees.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Christopher Washington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Washington v. Sykes,* No. 7:12–cv–00437–NKM–RSB, 2013 WL 3729996 (W.D.Va. July 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*